UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
PATROLMEN'S BENEVOLENT ASSOCIATION
OF THE CITY OF NEW YORK, INC.,

                Plaintiff,

    -against-

THE CITY OF NEW YORK,

                Defendant.
------------------------------------------------------------------x

<u>ORDER</u>
04 CV 06865 (GBD)



GEORGE B. DANIELS, District Judge:

        Defendant and plaintiff have reached a collective bargaining agreement that provides that plaintiff will discontinue the action. Accordingly, the Clerk of the Court is directed to remove the motions for summary judgment (document nos. 33 and 47) from the Court's motion list.

Dated: September 24, 2008
       New York, New York

                                                          SO ORDERED:

                                                          *George B. Daniels* (signature)

                                                          GEORGE B. DANIELS
                                                          United States District Judge